IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARISSE DUCKETT, on behalf )
of R.E., a minor, )
 )
 Plaintiff, )
 ) Civil No. 03-1589-TC
 v. )
 ) ORDER
JOANNE B. BARNHART, )
Commissioner of Social Security)
 )
 Defendant. )
 )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on May 12, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for payment of benefits.

IT IS SO ORDERED.

DATED this 25th day of May, 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE